# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | SEALED |
| KYLAN OLIVER | CASE NUMBER: 1:19-mj-0502 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One
On or about May 7, 2019, in the Southern District of Indiana, defendant KYLAN OLIVER, being a previously convicted felon, did possess one or more firearms, to wit: a Glock Model 22 .40 caliber handgun, in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Detective, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

Justin Lee Gough, Detective
IMPD North District Narcotics/Vice Unit

**Sworn to before me, and subscribed in my presence**

May 9, 2019                                      at     Indianapolis, Indiana
**Date**

Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                    **Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Justin Lee Gough, being duly sworn under oath, states as follows:

## TRAINING AND EXPERIENCE

1. I am a Detective with the Indianapolis Metropolitan Police Department, and a member of the IMPD North District Narcotics/Vice Unit. I have been employed by the Indianapolis Metropolitan Police Department (IMPD) since 2014. In connection with my official duties, I investigate criminal violations of state and federal controlled substances laws, including, but not limited to, Title 21, United States Code, Sections 841 and 846. I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. I have testified in judicial proceedings and prosecutions for violations of controlled substance laws. I also have been involved in various types of electronic surveillance and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances. I have received training in investigations involving the interception of electronic communications. I also have received interdiction training in relation to hotels, motels, and traffic stops.

2. This affidavit is submitted in support of a complaint charging Kylan OLIVER with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). The statements contained in this Affidavit are based in part on my experience and background as a narcotics detective; on information provided by and conversations held with other law enforcement officers, including Special Agents/Task Force Officers of the DEA and ATF, other law enforcement officers; and on a review of reports and database records.

3. I have not included each and every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish the required foundation for the issuance of the requested Arrest Warrant.

## FACTS AND CIRCUMSTANCES

4.     At roughly 8:15 p.m. on May 7, 2019, an IMPD officer was conducting routine patrol along 6800 E. 82nd Street in Indianapolis, Indiana. As the officer was patrolling, he noted a dark Chevy Malibu traveling in excess of the posted speed limit. The officer initiated a traffic stop of this dark Chevy Malibu by activating his emergency lights while traveling behind the Malibu. The driver of the Malibu continued down the road at a slow speed, and ultimately stopped at the side of the road.

5.     Once the Malibu came to a stop, the driver, ultimately identified as Kylan OLIVER, leaped from the vehicle and fled on foot from the traffic stop. Once OLIVER began running, it was apparent that he was clinching a firearm with his right hand near his front waistband. During the foot chase, the officer observed OLIVER slow his stride and look over his right shoulder back at the stopping officer, while grasping the firearm with his right hand, still inside his right front waistband. It appeared to the officer that OLIVER was attempting to retrieve his firearm from his waistband.

6.     OLIVER continued to flee from the officer, northwest bound, through the Twin Peaks Restaurant parking lot, still clinching his firearm in his right hand. At this point, a second officer (non-uniformed) had arrived on scene, and while still running, OLIVER removed the firearm from his waistband, and appeared to present his firearm towards the second officer in a motion to discharge it. OLIVER then tripped and began to fall, attempting to maintain his balance. As OLIVER fell, he lost control of his firearm, dropping it onto the ground approximately seven feet from where he was then quickly apprehended.

7.     Once OLIVER was taken into custody, the officers also recovered the firearm that OLIVER had just pointed at the officer, and identified it as a Glock Model 22 .40 caliber handgun, which was loaded with twelve rounds. Officers noted upon inspecting this firearm that there was a double-feed jam (that is, two rounds were found in the chamber); from my training and experience, this type of

malfunction would occur either when the subject attempted to fire the gun, or when the subject accidentally chambered a second round when one was already in the chamber, and the initial round failed to properly eject. I have consulted with agents of the ATF and learned that this firearm is manufactured outside the State of Indiana.

8. I have reviewed OLIVER's criminal history. When OLIVER was apprehended, he was the subject of an active warrant in Marion County, Indiana for a probation violation, which had been issued in November 2018. This probation violation was a result of OLIVER sustaining a felony conviction for Burglary of a Dwelling in 2016 in Marion County, Indiana.

## CONCLUSION

9. Based upon my training and experience and the facts set forth herein, I submit that probable cause exists for the arrest of Kylan OLIVER, as set forth above.

Justin Lee Gough, Detective
IMPD North District Narcotics/Vice Unit

Sworn to before me on this
9th day of May, 2019.

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana